**BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP LEGGETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC., RICHARD BERGMAN, STEVE BILODEAU, JÖRG BUCHHEIM, FRANZ J. FINK, BURKHARD GOESCHEL, ILYA GOLUBOVICH, JOHN MUTCH, TESLA, INC., and CAMBRIA ACQUISITION CORP.,<br><br>Defendants, | Civil Action No. 3:19-CV-377-LAB-JLB<br>_____<br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kip Leggett ("Plaintiff") voluntarily dismisses this action without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, and no class has been certified, Plaintiff's dismissal of this Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: June 25, 2019 | **BRODSKY & SMITH, LLC** |
| | By: */s/ Ryan P. Cardona* |
| | Evan J. Smith, Esquire (SBN 242352) |
| | esmith@brodskysmith.com |
| | Ryan P. Cardona, Esquire (SBN 302113) |
| | rcardona@brodskysmith.com |
| | 9595 Wilshire Blvd., Ste. 900 |
| | Phone: (877) 534-2590 |
| | Facsimile (310) 247-0160 |
| | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL